UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA GONZALEZ GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:12-CV-274 |
| | § | |
| STARR COUNTY, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO CANCEL HEARING

Came on to be considered Defendants' Unopposed Motion to Cancel the Motions Hearing set for August 9, 2013, and the Court, after considering said motion, determines that it should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motions Hearing set for August 9, 2013 at 9:30 a.m. is hereby canceled.

SO ORDERED this 9th day of August, 2013, at McAllen, Texas.

_____
Randy Crane
United States District Judge